COOLEY LLP
BENEDICT HUR (224018)
(bhur@cooley.com)
AARTI REDDY (274889)
(areddy@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
GREGORY J. MERCHANT (341287)
(gmerchant@cooley.com)
JULIA M. IRWIN (352861)
(jirwin@cooley.com)
3 Embarcadero Center
20th Floor
San Francisco, California  94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

Attorneys for Defendant
ETSY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL GOLSH, individually, and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>ETSY, INC., a Delaware corporation,<br><br>                    Defendant. | Case No. 2:26-cv-00338-DMC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT & SETTING BRIEFING SCHEDULE**<br><br>Trial Date: TBA<br>Date Action Filed: November 12, 2025 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND TIME TO RESPOND
TO INITIAL COMPLAINT
CASE NO. 2:26-CV-00338-DMC

Plaintiff Carol Golsh ("Plaintiff") and Defendant Etsy, Inc. ("Defendant") (collectively, the "Parties"), through their undersigned counsel of record, hereby respectfully submit the following stipulation to extend the time to respond to the initial complaint and set a briefing schedule for Defendant's Motion to Dismiss pursuant to Eastern District of California Local Rules 143-144:

WHEREAS, Plaintiff filed her initial Complaint in the above-entitled action on November 12, 2025 in Butte County Superior Court;

WHEREAS, Defendant was served with the summons and Complaint on January 8, 2026;

WHEREAS, Defendant removed the case from state court on February 6, 2026;

WHEREAS, the deadline for Defendant to respond to the Complaint is presently February 13, 2026;

WHEREAS, in light of preexisting scheduling constraints, the Parties have met and conferred and agreed to the briefing schedule set forth below;

WHEREAS, the Parties agree to extend the time for Defendant to respond to the Complaint to on or before March 10, 2026;

WHEREAS, the Parties further agree that Plaintiff's deadline to oppose Defendant's Motion to Dismiss shall be on or before April 21, 2026;

WHEREAS, the Parties further agree that Defendant's deadline to file its reply in support of its Motion to Dismiss shall be on or before May 14, 2026;

WHEREAS, the Parties have not stipulated or moved for any previous extension of the deadline to respond to Plaintiff's Complaint;

WHEREAS, the Parties submit that there is good cause to extend the time for Defendant to respond to the Complaint and to set the proposed briefing schedule;

NOW, THEREFORE, pursuant to Eastern District Local Rules 143-144, subject to this Court's approval, the Parties hereby stipulate and agree that Defendant's deadline to respond to the Complaint shall be on or before March 10, 2026; Plaintiff's deadline to oppose Defendant's Motion to Dismiss shall be on or before April 21, 2026; and Defendant's deadline to file its reply in support of its Motion to Dismiss shall be on or before May 14, 2026.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION TO EXTEND TIME TO RESPOND
TO INITIAL COMPLAINT
CASE NO. 2:26-CV-00338-DMC

**IT IS SO STIPULATED.**

Dated:  February 9, 2026                    COOLEY LLP

                                            By: /s/ Benedict Hur
                                                Benedict Hur (224018)

                                            Attorneys for Defendant
                                            ETSY, INC.

Dated:  February 9, 2026                    ABIRI LAW, PC

                                            By: /s/ Robert Abiri
                                                Robert Abiri (238681)

                                            Attorneys for Plaintiff and Putative Class

**IT IS SO ORDERED.**

Dated:  February 11, 2026

                                            _____
                                            DENNIS M. COTA
                                            UNITED STATES MAGISTRATE JUDGE

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION TO EXTEND TIME TO RESPOND
TO INITIAL COMPLAINT
CASE NO. 2:26-CV-00338-DMC