

United States District Court
Eastern District of California

Carol Golsh

Plaintiff(s)

V.

Etsy, Inc.

Defendant(s)

Case Number: 2:26-cv-00338-DMC

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, John C. Carey hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, Carol Golsh

On 05/06/1996 (date), I was admitted to practice and presently in good standing in the State of Florida. (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 02/23/2026

Signature of Applicant: /s/ John C. Carey

**Pro Hac Vice Attorney**

Applicant's Name: John C. Carey

Law Firm Name: Carey Rodriguez LLP

Address: 121 Alhambra Plaza

Suite 1000

City: Coral Gables    State: FL    Zip: 33134

Phone Number w/Area Code: (305) 372-7474

City and State of Residence: Miami, Florida

Primary E-mail Address: jcarey@careyrodriguez.com

Secondary E-mail Address: service@careyrodriguez.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Robert Abiri

Law Firm Name: Abiri Law, PC

Address: 30021 Tomas Street

Suite 300

City: Rancho Santa Margarita    State: CA    Zip: 92688

Phone Number w/Area Code: (949) 459-2133    Bar # 238681

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 2·26·26

JUDGE, U.S. DISTRICT COURT