

United States District Court
Eastern District of California

| Carol Golsh | |
|---|---|

Plaintiff(s)

Case Number: | 2:26-cv-00338-DMC |

V.

| Etsy, Inc. | |
|---|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Ethan B. Rodriguez _____hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, Carol Golsh

On _____04/26/2022_____ (date), I was admitted to practice and presently in good standing in the

_____State of Florida._____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:_____02/23/2026_____     Signature of Applicant: /s/ Ethan B. Rodriguez_____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Ethan B. Rodriguez |
| Law Firm Name: | Carey Rodriguez LLP |
| Address: | 121 Alhambra Plaza |
| | Suite 1000 |
| City: | Coral Gables   State: FL   Zip: 33134 |
| Phone Number w/Area Code: | (305) 372-7474 |
| City and State of Residence: | Miami, Florida |
| Primary E-mail Address: | erodriguez@careyrodriguez.com |
| Secondary E-mail Address: | service@careyrodriguez.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Robert Abiri |
| Law Firm Name: | Abiri Law, PC |
| Address: | 30021 Tomas Street |
| | Suite 300 |
| City: | Rancho Santa Margarita   State: CA   Zip: 92688 |
| Phone Number w/Area Code: | (949) 459-2133   Bar # 238681 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 24 Feb 2026

_____
JUDGE, U.S. DISTRICT COURT